5792/Vol-Dis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 23-cv-20416-RAR

BISCAYNE TOWING & SALVAGE, INC.,

    Plaintiff,
vs.

M/Y PEGASUS 2.0, Hull ID No. CDPP5144J021, its engines, boats, equipment, machinery, furnishings, apparel and appurtenances, etc., *in rem*, and
CH BARCO I, LLC, *in personam*,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, BISCAYNE TOWING & SALVAGE, INC., by and through the undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby files this Notice of Voluntary Dismissal of this action with prejudice on the grounds that this cause has been settled, with each party to bear its own costs and attorney's fees.

*S/Michael C. Black*

By:_____

March 21, 2023
Miami, Florida

MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162
mblack@marlaw.com
**MICHAEL C. BLACK, P.A.**
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Telephone:   (305) 271-8301
Facsimile:   (305) 271-8302
*Counsel for Plaintiff,*
*BISCAYNE TOWING & SALVAGE, INC.*